IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RADIO GHEATI,

     Plaintiff,                    No. CIV S-07-2201 GGH

     vs.

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

     Defendants.             <u>ORDER TO SHOW CAUSE</u>

_____/

        Plaintiff filed his complaint on October 16, 2007; service was executed upon defendant on November 27, 2007.  On February 25, 2008, defendant filed with this court, and served upon plaintiff by mail, his answer was filed on February 25, 2008, and the administrative transcript was filed on March 5, 2008.

        Pursuant to this court's Scheduling Order (and allowing three days for service by mail, Fed. R. Civ. P. 6(e)), plaintiff was required to file a motion for summary judgment and/or remand by April 21, 2008 (45 days after service of the answer and administrative transcript). Plaintiff has done neither.

        ACCORDINGLY, plaintiff is ordered to show cause in writing within twenty days of the filed date of this order why this case should not be dismissed for lack of prosecution.

1

1  Failure to <u>timely</u> file the required writing will result in a recommendation that the case be
2  dismissed.
3  DATED: 06/23/08

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:035
gheati.osc