1  **JESSE S. KAPLAN   CSB# 103726**
   **5441 Fair Oaks Bl. Ste. C-1**
2  **Carmichael, CA   95608**
   **(916) 488-3030**
3  **(916) 489-9297 fax**

4  **Attorney for Plaintiff**
   **RADION GHEATI**

8  UNITED STATES DISTRICT COURT

9  FOR THE EASTERN DISTRICT OF CALIFORNIA
   -o0O0o-

| | | |
|---|---|---|
| 12  **RADION GHEATI,** | ) | No.   2:07-CV-02201-GGH |
| 13                   Plaintiff, | ) | |
| | ) | **STIPULATION AND PROPOSED** |
| 14  v. | ) | **ORDER EXTENDING TIME** |
| | ) | **FOR PLAINTIFF TO FILE** |
| 15  **MICHAEL ASTRUE,** | ) | **MOTION FOR SUMMARY** |
|      **Commissioner of Social Security,** | ) | **JUDGMENT** |
| 16 | ) | |
|                    Defendant. | ) | |
| 17  _____ | ) | |

18      IT IS HEREBY STIPULATED by and between the parties, through their respective

19  undersigned attorneys, and with the permission of the Court as evidenced below, that plaintiff's time

20  for filing a motion summary judgment is extended one week through July 14, 2008.

21      This is a first extension and coincides with the court's order to show cause.

22  Dated: July 14, 2008          */s/   Jesse S. Kaplan*

23                                JESSE S. KAPLAN
                                  Attorney for Plaintiff
24

25
26  Dated: July 14, 2008          *As authorized by e-mail on said date*

27                                THEOPHUS REAGANS_____
                                  Special Assistant U.S. Attorney
                                  Attorney for Defendant
28

## ORDER

Based on the foregoing stipulation, plaintiff's time to file his motion for summary judgment is extended through July 14, 2008.

SO ORDERED.

Dated: 07/16/08              /s/ Gregory G. Hollows
                             UNITED STATES MAGISTRATE JUDGE

gheati.eot