```
1  JESSE S. KAPLAN    CSB#103726
   5441 Fair Oaks Bl. Ste. C-1
2  Carmichael, CA   95608
   916/488-3030
3  916/489-9297 fax

4  Attorney for Plaintiff
   RADION GHEATI
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA
-o0O0o-

| | |
|---|---|
| RADION GHEATI, | 2:07-CV-02201-GGH |
| Plaintiff, | STIPULATION AND [proposed] ORDER EXTENDING PLAINTIFF'S TIME TO FILE REPLY BRIEF |
| v. | |
| MICHAEL ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a reply brief is extended to 14 after when it would otherwise be due, to September 12, 2008. The extension is needed because plaintiff's attorney will be on vacation from the day following this request until four days before the extended deadline

This is the first extension as to this reply brief

Dated: August 21, 2008          /s/   Jesse S. Kaplan
                                JESSE S. KAPLAN
                                Attorney at Law
                                Attorney for Plaintiff

1

1 | Dated: August 21, 2008  /s/ per e-mail authorization

THEOPHUS REAGANS
Special Assistant U.S. Attorney
Attorney for Defendant

ORDER

For good cause shown, the requested extension of plaintiff's time to file a reply brief is extended to September 12, 2008.

SO ORDERED.

Dated: Aug. 26, 2008

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE