1  LAWRENCE G. BROWN
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   THEOPHOUS H. REAGANS
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8943
       Facsimile: (415) 744-0134
7      E-Mail: theophous.reagans@ssa.gov

8  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RADION GHEATI, | CIVIL NO. 2:07-CV-2201 GGH |
| Plaintiff, | STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR AWARD OF ATTORNEY FEES |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant shall have a 30-day extension of time up to and through June 7, 2009, in which to e-file his response to Plaintiff's Motion for Attorney Fees. This extension is requested because the parties are negotiating settlement but Plaintiff's counsel is attempting to obtain an assignment of attorney's fees before continuing settlement discussions. Counsel apologizes for the delay and inconvenience and respectfully requests that the court grant this unopposed request for extension.

Dated: May 8, 2009

*Jesse S. Kaplan*
*(As authorized via telephone)*
JESSE S. KAPLAN
Attorney for Plaintiff

LAWRENCE G. BROWN
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX

Dated: May 8, 2009        By:        */s/ Theophous H. Reagans*
THEOPHOUS H. REAGANS
Special Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 12, 2009        /s/ Gregory G. Hollows
Gregory G. Hollows
United States Magistrate Judge

gheati.eot2

2