LAWRENCE G. BROWN
Acting United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX,
Social Security Administration
THEOPHOUS H. REAGANS, SBN CA 189450
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134
    E-Mail: theophous.reagans@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| RADION GHEATI, )<br>    Plaintiff, )<br>    v. )<br>MICHAEL J. ASTRUE, )<br>Commissioner of )<br>Social Security, )<br>    Defendant. )<br>_____) | CIVIL NO. 2:07-CV-2201-GGH<br><br>STIPULATION AND ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that the previously filed Equal Access to Justice Act (EAJA) petition is hereby withdrawn.

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of TWO THOUSAND EIGHT HUNDRED TWELVE dollars and 50 cents ($2,812.50).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of  TWO THOUSAND EIGHT HUNDRED TWELVE dollars and 50 cents ($2,812.50) in EAJA attorney fees, shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this action.  Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted,


Dated: June 30, 2009                    /s/ Jesse S. Kaplan
                                        *(As authorized via telephone)*
                                        JESSE S. KAPLAN
                                        Attorney for Plaintiff

Dated: June 30, 2009                    LAWRENCE G. BROWN
                                        Acting United States Attorney
                                        LUCILLE GONZALES MEIS
                                        Regional Chief Counsel, Region IX
                                        Social Security Administration


                                        */s/ Theophous H. Reagans*
                                        THEOPHOUS H. REAGANS
                                        Special Assistant U.S. Attorney

                                        Attorneys for Defendant

**ORDER**

**APPROVED AND SO ORDERED:**


Dated:  July 20, 2009                    /s/ Gregory G. Hollows
                                         GREGORY G. HOLLOWS
                                         United States Magistrate Judge

gheati.ord